**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 11, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00578-CV

## DEER PARK CONSTRUCTION ASSOCIATION, INC., Appellant

### V.

## CRANE EQUIPMENT & SERVICE, INC., DBA GAFFEY, A DIVISION OF COLUMBUS MCKINNON CORPORATION, Appellee

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1003412**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 27, 2012.  On August 28, 2012, the parties filed a joint motion to dismiss the appeal because they have reached an agreement to settle the suit.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.